# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jaqueline LOPEZ,<br><br>Defendant. | Case No.: 22MJ8524<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)<br>Bringing In Illegal Aliens Without Presentation (Felony) |

The undersigned complainant being duly sworn states:

On or about July 23, 2022, within the Southern District of California, defendant, Jaqueline LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, A.A.P.C., had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii); a felony.

The complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

*/s/ M Carter*
Margarita Carter, Enforcement Officer
United States Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th day of July, 2022.

*/s/ B Skomal*
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
  v.
Jaqueline LOPEZ

PROBABLE CAUSE STATEMENT

I, Customs and Border Protection Enforcement Officer (CBPO-E) Diana Lewenthal, declare under penalty of perjury, the following is true and correct:

On July 23, 2022, at approximately 6:05 a.m., Jaqueline LOPEZ (LOPEZ), accompanied by five minor children, arrived at the Calexico, California West Port of Entry as the driver of a 2010 Town and Country van. Upon inspection before United States Customs and Border Protection (CBP) Officer F. Teddleton, LOPEZ gave a negative U.S. Customs declaration and presented her California Driver License stating she is a United States citizen. LOPEZ also presented five United States Birth Certificates as entry documents for the minor children. LOPEZ was questioned as to the purpose of her trip to Mexico and her destination. LOPEZ stated was visiting family and was heading back home with her children and nephew. CBPO F. Teddleton noticed the children did not interact with each other and appeared to be sitting in a stoic manner. CBPO F. Teddleton opted to refer LOPEZ and the five minor children to the vehicle secondary lot for further verification.

In the vehicle secondary lot, CBPO L. Martinez proceeded to conduct an interview on LOPEZ. CBPO L. Martinez asked LOPEZ who she was traveling with. LOPEZ stated she was traveling with her children and sister's children and provided U.S. Birth Certificates. Front passenger, K.P., stated LOPEZ was her aunt and that A.A.P.C., was her

3

brother. CBPO L. Martinez questioned A.A.P.C. in the English language and appeared he did not understand and looked confused. K.P stated her brother, A.A.P.C., had attention deficit disorder. CBPO L. Martinez asked LOPEZ and the minor children to exit the vehicle. CBPO L. Martinez proceeded to speak to A.A.P.C., in the Spanish language to which he freely admitted his true name and that K.P., is not his sister but that he wanted to travel north to reunite with his parents. LOPEZ and minor children were detained and transported to the Admissibility Enforcement Unit (AEU) for further disposition.

The complainant states the name of the Material Witnesses are as follows:

| **NAME** | **COUNTRY OF BIRTH** |
|---|---|
| A.A.P.C | Mexico |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at trial by subpoena; and he is a Material Witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on this 23rd day of July 2022, at 3:05 P.M.

_Diana Lewenthal_
Diana Lewenthal, CBP Enforcement Officer
Customs and Border Protection

4

On the basis of the facts presented in the Probable Cause Statement consisting of **(3)** page(s), I find Probable Cause to believe that the defendant named therein committed the offense on **July 23, 2022**, in violation of Title 8, United States Code, § 1324.

*Barbara L. Major*
HON. BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

3:18 PM, Jul 23, 2022
DATE/TIME

5